UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARGARET MASCOLL** | **CASE NO. 2:22-CV-05240** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLSTATE INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge, recommending that the complaint be stricken and the matter be dismissed as a sanction under Rule 11 based on the failure of plaintiff's counsel to sign the complaint. After the Report and Recommendation was issued, plaintiff's counsel filed a motion to amend containing a signed version of the complaint. Accordingly, **IT IS ORDERED** that the Report and Recommendation be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 5th day of June, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE